UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                         CASE NO. 8:93-cr-150-T-23MAP

JULIO PELAYO
_____/

**ORDER**

On March 29, 2006, the United States Probation Office filed an March 20, 2006, petition for revocation of the defendant's supervised release (Doc. 45).[*] At the hearing on July 19, 2006, Assistant Federal Public Defender Laurel Moore represented the defendant and Assistant United States Attorney Kathy Peluso represented the United States.

The defendant admits committing the one Grade B and four Grade C violations described in numbered paragraphs one through five of the petition. Accordingly, the court adjudges the defendant guilty of violating the terms of his supervised release. In consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission, the defendant's term of supervised release is **REVOKED**. The defendant is sentenced to twelve months and one day of imprisonment, followed by thirty-six months of months

---

[*] The defendant having pled guilty to count one of an indictment, the court imposed a sentence on January 6, 1994, of one hundred twenty months of imprisonment and eight years of supervised release.

of supervised release with all current conditions remaining in effect and with the addition of the following special condition.

> The defendant shall reside in a community corrections center for six months.

The defendant is remanded to the custody of the United States Marshal to await designation and incarceration by the Bureau of Prisons.

ORDERED in Tampa, Florida, on July 19, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:  United States Marshal
     United States Probation
     Counsel of Record